**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2231

_____

TERRI L. WILLIAMS,

               Plaintiff – Appellant,

      v.

KATHLEEN SEBELIUS, Secretary, Department of Health and
Human Services; ANN TAUBENHEIM, Supervisory Public Health
Advisor, National Institutes of Health, National Heart,
Lung and Blood Institutes, Department of Health and Human
Services; TIMOTHY WHEELES, Acting Executive Officer,
National Institutes of Health, Department of Health and
Human Services; SALLY MCDONOUGH, Director of
Communications, National Institutes of Health, National
Heart, Lung and Blood Institutes, Department of Health and
Human Services,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:13-cv-02527-RWT)

_____

Submitted:  April 15, 2015         Decided:  April 28, 2015

_____

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terri L. Williams, Appellant Pro Se.   Alex Gordon, Assistant
United States Attorney, Greenbelt, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terri Williams appeals the district court's order denying relief on her complaint under 42 U.S.C. § 1981 (2012), Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Burwell, 8:13-cv-02527-RWT, 2014 WL 5797777 (D. Md. Nov. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED